JEANNETTE H. HAMMOND, BY HER GUARDIAN, AND OTHERS, APPELLANTS, *v.* WILLIAM M. DEAN.

*Costs of attorney — order directing payment of — how enforced.*

The plaintiff, in an action for breach of promise of marriage, being desirous of changing her attorney, an order was entered directing such change to be made, and providing that $200 costs of the former attorney be made a prior lien on any judgment recovered, and that the same should be paid out of the first money received thereunder. Subsequently the suit was settled, and $2,900 paid to the attorney. Upon the application of the first attorney, an order was made directing the plaintiff and the second attorney, to pay over $200 to him. *Held* that the order was proper, and should be affirmed.

APPEAL from an order directing the plaintiff and her attorneys to pay over certain moneys received in this action.

*Breen & Spellissy*, for the appellants.

———— ————, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., and GILBERT, J.

Order affirmed, with ten dollars costs.